SCHENECTADY TRUST COMPANY, as Trustee, Respondent, *v.* NATHANIEL D. EMMONS, Appellant, and SECURITY FIRST NATIONAL BANK OF LOS ANGELES, as Executor of GEORGE E. EMMONS, Deceased, et al., Respondents, Impleaded with Others.

Argued April 23, 1941; decided July 29, 1941.

*James A. Leary, Walter A. Fullerton* and *William A. Redden* for appellant.

*Ellis J. Staley* and *Rollin Browne* for Schenectady Trust Company, as trustee, respondent.

*Edmund B. Bellinger*, guardian *ad litem* for Mary H. Emmons *et al.*, infants, respondents.

*Emil Peters* and *Frank S. Higgins* for Security First National Bank of Los Angeles, as executor, respondent.

Judgment affirmed, with costs; no opinion. (See 286 N. Y. 698.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.